United States Bankruptcy Court
Western District of Arkansas

In re:  
Stephanie A. Morrison  
      Debtor

Case No. 13-71527-btb  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0861-2     User:     Page 1 of 1     Date Rcvd: Oct 17, 2013  
                           Form ID: nhrgct    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2013.  
db         +Stephanie A. Morrison,    1421 Plumbark Drive,    Greenwood, AR 72936-4953

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 17 2013 23:06:39  
          American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,    Irving, TX   75016-8088  
                                                                                                                                                                                           TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2013                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2013 at the address(es) listed below:  
          Patti H. Bass    on behalf of Creditor    Capital One, N.A.. ecf@bass-associates.com  
          R. Ray Fulmer, II    rrf@lcahlaw.com,   AR09@ecfcbis.com  
          Stanley M. Holleman    on behalf of Debtor Stephanie A. Morrison caka@cox-internet.com,  tkarmer@windstream.net;ckarmer@windstream.net  
          U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,  Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;eliane.m.archambeault@usdoj.gov  
                                                                                                                                                                                                       TOTAL: 4

Form nhrgccm

## UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re: Stephanie A. Morrison
Debtor

Case No.: 2:13−bk−71527
Chapter: 7
Judge: Ben T Barry

PLEASE TAKE NOTICE that a hearing will be held before Judge Ben T Barry at

Isaac C. Parker Courthouse, 30 S. 6th Street, Fort Smith, AR 72901

on 11/20/13 at 09:00 AM

to consider and act upon the following:

**9** − Presumption of Undue Hardship Re: Reaffirmation Agreement Between Debtor(s) and American Honda Finance Corporation With Declaration of Attorney Filed by Creditor American Honda Finance Corporation (Rowell, Andy)

Dated: 10/17/13

Jean Rolfs, Clerk
By:
Angie R. Squires
Deputy Clerk